UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CAUSE NO. 3:09-CR-103(01) RM |
| | ) |
| MICHAEL A. TOMBLIN | ) |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on October 13, 2009. Accordingly, the court ADOPTS those findings and recommendations [docket # 18], ACCEPTS defendant Michael Tomblin's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. §§ 921(g)(1) and 924(a)(2).

SO ORDERED.

ENTERED:   November 3, 2009


　　　　　　　　　　　　　　　　　　 /s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　United States District Court